# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                              No. 4:18-cr-247-DPM

LLOYD BOOTH                                                   DEFENDANT
Reg. No. 31971-009

## JUDGMENT

Booth's § 2255 petition is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 November 2020