IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              No. 4:18-cr-247-DPM

LLOYD BOOTH                                                            DEFENDANT
Reg. No. 31971-009

## ORDER

Booth's motion, *Doc. 33*, is denied without prejudice for lack of jurisdiction. This is a second or successive *habeas* petition; and Booth must get permission from the United States Court of Appeals for the Eighth Circuit before this Court can proceed. 28 U.S.C. § 2244(b)(3)(A). Booth relies on a Mississippi District Court decision in arguing that the felon in possession statute is unconstitutional. *United States v. Bullock*, 679 F. Supp. 3d 501, 506 (S.D. Miss. 2023). But the Court of Appeals recently held that the statute is constitutional. *United States v. Jackson*, No. 22-2870, slip op. at 8-9 (8th Cir. 8 August 2024). No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 August 2024